JOHN W. HUBER, United States Attorney (#7226)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-524-5682

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 04 2018
MARK JONES, CLERK
DEPUTY CLERK*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18 mj 251 PMW |
| Plaintiff, | COMPLAINT |
| vs. | Possession of Methamphetamine > 50 grams with Intent to Distribute |
| RICHARD ALLEN PEMBERTON, THOMAS JOSEPH SPOTTED EAGLE, and CHANTEL DAWN COOPER. | Chief Magistrate Judge Paul M. Warner |
| Defendants. | |

Before Paul M. Warner, Chief United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

COUNT 1

On or about May 3, 2018, in the Central Division of the District of Utah,

RICHARD ALLEN PEMBERTON,
THOMAS JOSEPH SPOTTED EAGLE,
and CHANTEL DAWN COOPER,

1

the named defendants herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §841(a)(1), and punishable pursuant to 21 U.S.C. §841(b)(1)(B).

Complainant states that this complaint is based on information obtained through an investigation consisting of the following:

1. Complainant is a Special Agent with the Drug Enforcement Administration (DEA). Complainant is familiar with the facts and circumstances alleged in this complaint.

2. In the early morning hours of May 3, 2018, Grantsville Police Officer Painter stopped a Toyota Corolla for failure to signal upon making a turn, in Grantsville, Tooele County, Utah.

3. Officer Painter identified the driver as Thomas Joseph SPOTTED EAGLE, and identified the passenger as Chantel Dawn COOPER.

4. Immediately upon approaching the vehicle and making contact with the occupants, Officer Painter smelled the odor of marijuana emanating from the vehicle.

5. A search of the vehicle revealed a small container of marijuana and a smoking apparatus in COOPER's purse. Also found in that purse were what appeared to be several hundred pills with markings indicating that they

were oxycodone and hydrocodone, and a baggie containing methamphetamine. In a duffel bag also located within the vehicle, officers found a heat-sealed bag containing approximately 1 pound of methamphetamine. This amount of methamphetamine is consistent with distribution as opposed to personal use.

6. After being given Miranda warnings, COOPER stated that she had recently driven to California with a man she knew as Rich PEMBERTON (later identified as Richard Allen PEMBERTON). There they obtained approximately 4 pounds of methamphetamine, as well as some oxycodone and hydrocodone pills. She stated that PEMBERTON had traded one pound of methamphetamine for a car, and that they came to Grantsville, Utah with three pounds. She and SPOTTED EAGLE were going to take one pound to Montana to sell.

7. Officers with the Grantsville Police Department obtained a search warrant for PEMBERTON's home and vehicle. Under the windshield wiper cowling of the Jeep parked in the driveway of PEMBERTON's residence, officers located and seized approximately 2 pounds of methamphetamine. This amount of methamphetamine is consistent with distribution as opposed to personal use. PEMBERTON's luggage was in the Jeep and the keys to the Jeep were found in his pocket.

8. After being given Miranda warnings, SPOTTED EAGLE stated that he had

provided COOPER with $3500 to purchase a pound of methamphetamine. SPOTTED EAGLE further stated that the pound of methamphetamine found in the duffel bag in his Toyota was for him, and that he intended to sell it in Montana.

9. Each item of suspected methamphetamine was field tested and was determined to in fact contain methamphetamine.

RONALD E. ANSON
Special Agent
Drug Enforcement Administration

APPROVED:

JOHN W. HUBER
United States Attorney

VERNON G. STEJSKAL
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME this 4th day of May, 2018.

PAUL M. WARNER
Chief United States Magistrate Judge